UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-po-00327-CSK (F0D2000O) |
| Plaintiff, | REFUND ORDER |
| v. | |
| JENNIFER OTIS, | |
| Defendant. | |

On January 13, 2026, the Court ordered a Bench Warrant in the amount of $560 issue in the above captioned case for Violation No. F0D2000O issued to Jennifer Otis. On March 11, 2026, Jennifer Otis made an over payment of $37.00. Defendant paid in total $597 toward her forfeitable bench warrant.

For the reasons provided above, IT IS HEREBY ORDERED that Jennifer Otis is to be refunded $37.

IT IS SO ORDERED.

Dated: March 13, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1